# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:12-mj-05181-JGD-1
### Internal Use Only

Case title: USA v. Celli

Date Filed: 07/19/2012
Date Terminated: 07/19/2012

Assigned to: Magistrate Judge Judith G. Dein

**Defendant (1)**

Angela L. Celli
*TERMINATED: 07/19/2012*

represented by William W. Fick
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street
5th Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: william_fick@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1349...CONSPIRACY TO COMMIT WIRE FRAUD

**Disposition**

**Plaintiff**

USA                         represented by **Mary Elizabeth Carmody**
                                           U.S. Attorneys Office
                                           Health Care Fraud
                                           One Courthouse Way, Suite 9200
                                           Boston, MA 02110
                                           617-748-3290
                                           Fax: 617-748-3675
                                           Email: mary.carmody2@usdoj.gov
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2012 |  | Arrest (Rule 5) of Angela L. Celli (Smith3, Dianne) (Entered: 07/24/2012) |
| 07/19/2012 | 1 | RULE 5 AFFIDAVIT by USA as to Angela L. Celli by Affiant Lisa A. Crandall (Attachments: # 1 WARRANT)(Smith3, Dianne) (Entered: 07/24/2012) |
| 07/19/2012 | 2 | Appearance Bond Entered as to Angela L. Celli in amount of $ 50,000.00, (Smith3, Dianne) (Entered: 07/24/2012) |
| 07/19/2012 | 3 | Magistrate Judge Judith G. Dein: ORDER entered. ORDER Setting Conditions of Release as to Angela L. Celli (1) 50,000.00 as to Angela L. Celli. (Smith3, Dianne) (Entered: 07/24/2012) |
| 07/19/2012 | 4 | Magistrate Judge Judith G. Dein: ORDER entered. ORDER OF REMOVAL to District of District of New Jersey as to Angela L. Celli (Smith3, Dianne) (Entered: 07/24/2012) |
| 07/19/2012 |  | Attorney update in case as to Angela L. Celli. (Quinn, Thomas) (Entered: 07/24/2012) |
| 07/19/2012 |  | ELECTRONIC Clerk's Notes for proceedings held before Magistrate Judge Judith G. Dein:Initial Appearance in Rule 5(c)(3) Proceedings as to Angela L. Celli held on 7/19/2012; USMJ Dein informs the Dft. of her Rule 5 rights and charges; FD Fick is appointed for today; Govt. states maximum penalties; Dft. states there is no issue of identity; Dft. is released on unsecured bond with conditions of release; USMJ Dein orders the Dft. to appear in the charging district of New Jersey on 7/25/12. (Attorneys present: Carmody and Fick. )Court Reporter Name and Contact or digital recording information: Digital Recording - for transcripts or CDs contact Deborah Scalfani (deborah_scalfani@mad.uscourts.gov). (Quinn, Thomas) (Entered: 07/24/2012) |
| 07/19/2012 |  | Attorney update in case as to Angela L. Celli. (Quinn, Thomas) (Entered: 07/24/2012) |
| 07/24/2012 | 5 | ELECTRONIC NOTICE of Case Assignment as to Angela L. Celli; Magistrate Judge Judith G. Dein assigned to case. (Abaid, Kimberly) (Entered: 07/24/2012) |

AO 199A (Rev. 12/11) Order Setting Conditions of Release                    Page 1 of 3 Pages

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
Angela Celli
*Defendant*

Case No. 12m - 5181- JGD

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

✓ (1) The defendant must not violate federal, state, or local law while on release.

✓ (2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

✓ (3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

✓ (4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/11) Additional Conditions of Release                                              Page 2 of 3 Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
   Person or organization _____
   Address *(only if above is an organization)* _____
   City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                Custodian                    Date

(✓) (7) The defendant must:
   (✓) (a) submit to supervision by and report for supervision to the *Pretrial Services as directed*
           telephone number _____, no later than _____.
   (✓) (b) continue or actively seek employment.
   ( ) (c) continue or start an education program.
   ( ) (d) surrender any passport to: _____
   (✓) (e) not obtain a passport or other international travel document.
   (✓) (f) abide by the following restrictions on personal association, residence, or travel: *Travel is restricted to 6 New England States & New Jersey; Maintain current residence*
   ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
   ( ) (h) get medical or psychiatric treatment: _____
   ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
   ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   (✓) (k) not possess a firearm, destructive device, or other weapon.
   ( ) (l) not use alcohol ( ) at all ( ) excessively.
   ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
       ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
       ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
       ( ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
   ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
       ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
   (✓) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
   (✓) (s) *Appear in the charging district as directed*

AO 199C (Rev. 09/08) Advice of Penalties                                                      Page 3 of 3 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above. EM I also acknowledge that a warrant for my arrest has been signed by an authorized judicial officer and is being held in abeyance. The warrant may be activated without notice to me if I abscond in violation of the conditions of my release on electronic monitoring.

_Angela Celli_
Defendant's Signature

_Somerset   MA_
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 7/19/2012                      _Thomas F. Quinn_
                                      Judicial Officer's Signature

                                      _Thomas F. Quinn    Deputy Clerk_
                                      Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America )
v. )
__Angela Celli__ )  Case No. _12m -5181-J6A_
Defendant )

## APPEARANCE BOND

### Defendant's Agreement

I, __Angela Celli__ _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:
( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
(   ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

( ✓ ) (2) This is an unsecured bond of $ __50,000. X/ed__ .

(   ) (3) This is a secured bond of $ _____, secured by:

  (   ) (a) $ _____, in cash deposited with the court.

  (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
  _(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):_

  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (   ) (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety):_

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Mag. Judge Case No. 12m-5181-JGD |
| ANGELA L. CELLI, | ) |
| Defendant. | ) |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Lisa A. Crandall, Special Agent with the Federal Bureau of Investigation, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Angela L. Celli, based on a Superseding Indictment filed in the United States District Court for the District of New Jersey, charging her with Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349; the matter is assigned criminal docket number 10-510 (JBS), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

LISA A. CRANDALL
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this ___ day of July, 2012.

JUDITH G. DEIN
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) |
|---|---|
| v. | ) |
| Angela Celli | ) Case No. 10-510 (JBS) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

12m - 5181 - JCD

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Angela Celli_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to commit wire fraud, contrary to Title 18, United States Code, Section 1343, in violation of Title 18, United States Code, Section 1349.

Date: __07/17/2012__

*Issuing officer's signature*

City and state: __Camden, New Jersey__

Hon. Ann Marie Donio, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*